**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

CALVIN KLEIN TRADEMARK TRUST
and CALVIN KLEIN, INC.,

Plaintiff(s),

v.

ZHAO DEQUN, et al.,

Defendant(s).

Case No. 16 C 9206
Judge Edmond E. Chang

# JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered in favor of Plaintiffs and against Defendants in Schedule A in the amount of $150,000 against each Defendant.

---

This action was *(check one)*:

☒ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion default and default judgment.

Date: 11/22/2016

Thomas G. Bruton, Clerk of Court

\s\Sandra Brooks , Deputy Clerk

**Calvin Klein Trademark Trust, et al. v. ZHAO DEQUN, et al.**
**Case No. 16-cv-09206**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | zhao dequn | 2 | zhao kangting |
| 3 | wsns-hw.nl | 4 | Warren Charles |
| 5 | Wang Shaolei | 6 | Venter Abby |
| 7 | vacaturekraker.nl | 8 | Tim Lee |
| 9 | Tegan Mills | 10 | sughran ghafoor |
| 11 | Stephanie Muller | 12 | speleuh.nl |
| 13 | Skye Nelson | 14 | Sebastian Wagner |
| 15 | Sebas Coty | 16 | Samuel Richards |
| 17 | Robert Simonson | 18 | Rhonda Denton |
| 19 | Restoftheworldfc.ca | 20 | Remo Kurka |
| 21 | Rachel Bibi | 22 | pure2be4ever.nl |
| 23 | prostitch.nl | 24 | Phoebe Williams |
| 25 | particledesign.nl | 26 | ou jiawen |
| 27 | Oscar Doherty | 28 | Norris Linda |
| 29 | njf2014.nl | 30 | Nicholas Welsh |
| 31 | Nathan Kent | 32 | mynias.nl |
| 33 | Mohammed Clarke | 34 | Mike Mcgrath |
| 35 | Michael Sanger | 36 | michael pardue |
| 37 | Mi XiZhe | 38 | Manuela Vogler |
| 39 | Luke Schofield | 40 | LIUSHAOKUN |
| 41 | Lisa Gritzmacher | 42 | Lewis Aaron |
| 43 | Leo Adams | 44 | Laura Manning |
| 45 | Laura Lewis | 46 | Laura Chapman |
| 47 | Lara Chapman | 48 | Kyle Scott |
| 49 | Kevin Jager | 50 | kaartenhoek.nl |
| 51 | Josh Hill | 52 | Jane Valasek |
| 53 | James Vargas Moreno | 54 | James Barker |
| 55 | Jake Ashton | 56 | Jack Howells |
| 57 | Isabel Smith | 58 | Imogen Woodward |
| 59 | ILLAWARRA PTY. LTD. | 60 | house-cult.nl |
| 61 | Hollie Richardson | 62 | hobbypastel.nl |
| 63 | Heskova Miriama | 64 | he lijun |
| 65 | Hathaway Laura | 66 | Harley Morley |
| 67 | gekoppeldaanwebshop.nl | 68 | gambaparty.nl |

| No. | Defendant Name / Alias |
|---|---|
| 69 | Freya Williams |
| 71 | Evan Norton |
| 73 | emperor-amsterdam.nl |
| 75 | Elizabeth Jackson |
| 77 | dougong huang |
| 79 | Darshani Hemarathne |
| 81 | ctiplatform.nl |
| 83 | Connor Anderson |
| 85 | Claudia Barth |
| 87 | Chloe Begum |
| 89 | cheng liu |
| 91 | carry-on-sets.com |
| 93 | calvin-kleins.cc |
| 95 | bladzijden.nl |
| 97 | Ben Marry |
| 99 | Austin Fisher |
| 101 | Amelia Wallis |
| 103 | Aidan Cox |
| 105 | Adrian Dover |
| 107 | Abby Stokes |
| 109 | Aaron Morley |
| 111 | 16mike007 |
| 113 | Anna Beautiful Girl Store |
| 115 | chenday22 |
| 117 | deng2262013 |
| 119 | dingdingtong_8 |
| 121 | Fuzhou Mekhome Tech. Co., Ltd. |
| 123 | gogo20162016 |
| 125 | hefa911 |
| 127 | hi.just.buy |
| 129 | huaming1218 |
| 131 | irbf73768735 |
| 133 | jingjingdengdai2008 |
| 135 | k_l1907 |
| 137 | lovefashion |
| 139 | mogaoyizhangzhuanmaidian |
| 141 | mr.loong_99999 |
| 143 | our-home-story |
| 145 | san201314 |

| No. | Defendant Name / Alias |
|---|---|
| 70 | fotodana.nl |
| 72 | Eric Beyer |
| 74 | Ella Robinson |
| 76 | efwu uygeufw |
| 78 | denieuwebodem.nl |
| 80 | Danielle Ashton |
| 82 | Corey Barnett |
| 84 | Colin McCrory |
| 86 | Christine Lowe |
| 88 | chensidian ling |
| 90 | Ceed-europa.eu |
| 92 | camelotlive.nl |
| 94 | Cade Hertmen |
| 96 | bigchat.nl |
| 98 | Barill Irik |
| 100 | Archie Butler |
| 102 | Alisha Davis |
| 104 | aharata.nl |
| 106 | Ackroyd Louise |
| 108 | Aaron Ward |
| 110 | Aaliyah Sykes |
| 112 | 4buyseller2014 |
| 114 | cheche-8064 |
| 116 | cxmdashihang168-4 |
| 118 | dhep5410 |
| 120 | fanchaojun2008 |
| 122 | gaodashang2015 |
| 124 | haodan12316 |
| 126 | hello-world2006 |
| 128 | HJ cosplay |
| 130 | huaxin6611 |
| 132 | jiahaw0 |
| 134 | jonyin10 |
| 136 | liuyuan2016 |
| 138 | lvfanlim |
| 140 | mountain8718 |
| 142 | msdz8596786-6 |
| 144 | pingailihu2 |
| 146 | Shanghai Wangxin International Trade Co. Ltd. |

| No. | Defendant Name / Alias |
|---|---|
| 147 | shoppingonline2006 |
| 149 | weiweifeng12 |
| 151 | wig-wholesale |
| 153 | xinchentrade2015 |
| 155 | yifanfengshun0912 |

| No. | Defendant Name / Alias |
|---|---|
| 148 | toy4315 |
| 150 | wig_wigs |
| 152 | xiang872014 |
| 154 | xingwangfada2020 |
| 156 | zhaoqiong2015 |

| No. | Defendant Marketplace URL |
|---|---|
| 1 | ebay.com/usr/16mike007 |
| 3 | aliexpress.com/store/821055 |
| 5 | ebay.com/usr/chenday22 |
| 7 | ebay.com/usr/deng2262013 |
| 9 | ebay.com/usr/dingdingtong_8 |
| 11 | clockmaker.en.alibaba.com |
| 13 | ebay.com/usr/gogo20162016 |
| 15 | ebay.com/usr/hefa911 |
| 17 | ebay.com/usr/hi.just.buy |
| 19 | ebay.com/usr/huaming1218 |
| 21 | ebay.com/usr/irbf73768735 |
| 23 | ebay.com/usr/jingjingdengdai2008 |
| 25 | ebay.com/usr/k_l1907 |
| 27 | aliexpress.com/store/348321 |
| 29 | ebay.com/usr/mogaoyizhangzhuanmaidian |
| 31 | ebay.com/usr/mr.loong_99999 |
| 33 | ebay.com/usr/our-home-story |
| 35 | ebay.com/usr/san201314 |
| 37 | ebay.com/usr/shoppingonline2006 |
| 39 | ebay.com/usr/weiweifeng12 |
| 41 | ebay.com/usr/wig-wholesale |
| 43 | ebay.com/usr/xinchentrade2015 |
| 45 | ebay.com/usr/yifanfengshun0912 |

| No. | Defendant Marketplace URL |
|---|---|
| 2 | ebay.com/usr/4buyseller2014 |
| 4 | ebay.com/usr/cheche-8064 |
| 6 | ebay.com/usr/cxmdashihang168-4 |
| 8 | ebay.com/usr/dhep5410 |
| 10 | ebay.com/usr/fanchaojun2008 |
| 12 | ebay.com/usr/gaodashang2015 |
| 14 | ebay.com/usr/haodan12316 |
| 16 | ebay.com/usr/hello-world2006 |
| 18 | aliexpress.com/store/1775246 |
| 20 | ebay.com/usr/huaxin6611 |
| 22 | ebay.com/usr/jiahaw0 |
| 24 | ebay.com/usr/jonyin10 |
| 26 | ebay.com/usr/liuyuan2016 |
| 28 | ebay.com/usr/lvfanlim |
| 30 | ebay.com/usr/mountain8718 |
| 32 | ebay.com/usr/msdz8596786-6 |
| 34 | ebay.com/usr/pingailihu2 |
| 36 | aliexpress.com/store/204067 |
| 38 | ebay.com/usr/toy4315 |
| 40 | ebay.com/usr/wig_wigs |
| 42 | ebay.com/usr/xiang872014 |
| 44 | ebay.com/usr/xingwangfada2020 |
| 46 | ebay.com/usr/zhaoqiong2015 |

| No. | Defendant Domain Name |
|---|---|
| 1 | ropainteriorck.com |
| 3 | wsns-hw.nl |
| 5 | sexsoma.com |
| 7 | vacaturekraker.nl |
| 9 | patsltd.co.uk |
| 11 | vetementpourhomme.fr |
| 13 | assignmentdom.co.uk |
| 15 | apocketfulofrosie.co.uk |

| No. | Defendant Domain Name |
|---|---|
| 2 | exploratupais.co |
| 4 | salemensclothing.co.uk |
| 6 | goldenfreedomkennel.com |
| 8 | youscoot.co.uk |
| 10 | jobsifind.com |
| 12 | speleuh.nl |
| 14 | greencountryvisit.com |
| 16 | mineandhers.co.uk |

| No. | Defendant Domain Name |
|---|---|
| 17 | keziasoul.co.uk |
| 19 | calvinkleinunderwear.us.com |
| 21 | originalmonopoly.co.uk |
| 23 | pure2be4ever.nl |
| 25 | careerindex.co.uk |
| 27 | couponsfair.com |
| 29 | edgwareroadhotels.co.uk |
| 31 | calvin-klein.in.net |
| 33 | mynias.nl |
| 35 | pureasia.co.uk |
| 37 | calvinkleintop.com |
| 39 | tphpchurch.org |
| 41 | cooldakfashion.com |
| 43 | bluecoatbadminton.co.uk |
| 45 | beatricestocks.co.uk |
| 47 | newclothesoutlet.co.uk |
| 49 | newliteheaters.com |
| 51 | kaartenhoek.nl |
| 53 | gojipluss.com |
| 55 | schoolsagainstwaste.co.uk |
| 57 | roothouse.co.uk |
| 59 | lslongden.co.uk |
| 61 | house-cult.nl |
| 63 | hobbypastel.nl |
| 65 | barometerintel.com |
| 67 | quick-loansss.co.uk |
| 69 | gambaparty.nl |
| 71 | fotodana.nl |
| 73 | celebrateoklahoma.us |
| 75 | realcampingcornwall.co.uk |
| 77 | victoriaswear.com |
| 79 | denieuwebodem.nl |
| 81 | lisaconnell.co.uk |
| 83 | quickloans6month.co.uk |
| 85 | dogpsyche.co.uk |
| 87 | animalsvdo.com |
| 89 | underwearsetshop.com |
| 91 | ebuddyfr.com |
| 93 | carry-on-sets.com |
| 95 | calvin-kleins.cc |

| No. | Defendant Domain Name |
|---|---|
| 18 | directorweb.us |
| 20 | restoftheworldfc.ca |
| 22 | gameandwrite.co.uk |
| 24 | prostitch.nl |
| 26 | particledesign.nl |
| 28 | llangollen2010.co.uk |
| 30 | njf2014.nl |
| 32 | pokemoncard.co.uk |
| 34 | cheapcallsamerica.co.uk |
| 36 | marinasieges.fr |
| 38 | allergies-mcs.com |
| 40 | israelpost.co.uk |
| 42 | anythingdate.com |
| 44 | cobbledcorner.co.uk |
| 46 | egrindstone.co.uk |
| 48 | cruiseescapes.co.uk |
| 50 | lepointcommun.fr |
| 52 | vancemilleruk.co.uk |
| 54 | viviamogiuggianello.it |
| 56 | castoff-models.co.uk |
| 58 | babbleabout.co.uk |
| 60 | illawarralaptops.net.au |
| 62 | ferryhillvt.co.uk |
| 64 | dogtrainingcompany.co.uk |
| 66 | bergeckmissionlodge.com |
| 68 | gekoppeldaanwebshop.nl |
| 70 | chasingsapphires.co.uk |
| 72 | ashleymenswear.co.uk |
| 74 | emperor-amsterdam.nl |
| 76 | trewidden-online.co.uk |
| 78 | calvinkleinuk.com |
| 80 | pestpoppers.co.uk |
| 82 | ctiplatform.nl |
| 84 | brandshoesoutlet.co.uk |
| 86 | capteur2temps.fr |
| 88 | audiosalon.co.uk |
| 90 | kmarca.com |
| 92 | ceed-europa.eu |
| 94 | camelotlive.nl |
| 96 | menswearblack.com |

| No. | Defendant Domain Name |
|---|---|
| 97 | bladzijden.nl |
| 99 | acidhydro.co.uk |
| 101 | rosekemp.co.uk |
| 103 | designphoto.co.uk |
| 105 | rootdevs.co.uk |
| 107 | aharata.nl |
| 109 | babygetitall.co.uk |
| 111 | wearejumpfree.co.uk |
| 113 | blackpoollimohire.co.uk |

| No. | Defendant Domain Name |
|---|---|
| 98 | bigchat.nl |
| 100 | lovefrance-maintenance.fr |
| 102 | beelams.co.uk |
| 104 | fairtradedesign.co.uk |
| 106 | darkmic.co.uk |
| 108 | na-c.co.uk |
| 110 | articleshub.co.uk |
| 112 | academysf.co.uk |
| | |